IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AIMEE HAAN**

        Plaintiff,

Hon.   GORDON J. QUIST
Mag.
Case No. 17-cv-49

v.

**ALLIED REVENUE SERVICES, LLC dba**
**ALLIED COLLECTION SERVICE**

        Defendant.

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Fed. Rule 41(a)(1)(i), the Parties hereto having so stipulated prior to an Answer being filed, AIMEE HAAN's claims against Defendant ALLIED REVENUE SERVICES, LLC dba ALLIED COLLECTION SERVICE are dismissed in their entirety *with prejudice* and with the parties to bear their own costs and fees.

SO ORDERED.

                                            _____
                                            **Hon. GORDON J. QUIST**
                                            US DISTRICT COURT JUDGE